IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **MARTHA M. KELLEY,** | |
| Plaintiff, | |
| vs. | Case Number: 3:23-CV-00740 |
| **DOVENMUEHLE MORTGAGE, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES LLC,** | |
| Defendants. | |

## NOTICE OF SETTLEMENT

Plaintiff MARTHA KELLEY and Defendant TRANS UNION, LLC *only* (collectively, the "Parties"), by and through their respective counsel, hereby submit this Joint Notice of Settlement.

The Parties have reached an agreement to settle the above-captioned matter in full and are in the process of finalizing the settlement and filing a dismissal with prejudice.

Dated: March 15, 2024

    Respectfully submitted,

    By: /s/ Mark Leffler
    Mark C. Leffler, VSB No. 40712
    **CONSUMER LITIGATION ASSOCIATES, P.C.**
    763 J. Clyde Morris Blvd., Suite 1A
    Newport News, VA 23601
    Telephone: (757) 930-3660
    Facsimile: (757) 930-3662
    Email: mark@clalegal.com
    *Counsel for Plaintiff*

    */s/ Gibson S. Wright*
    Gibson S. Wright

McCandlish Holton, PC
1111 E Main Street
Suite 2100
Richmond, VA 23218-0796
Email: gwright@lawmh.com
*Counsel for Trans Union*