**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **MARTHA M. KELLEY,** | |
| Plaintiff, | |
| vs. | Case Number: 3:23-CV-00740 |
| **DOVENMUEHLE MORTGAGE, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES LLC,** | |
| Defendants. | |

## NOTICE OF SETTLEMENT

Plaintiff MARTHA KELLEY and Defendant EQUIFAX INFORMATION SERVICES, LLC *only* (collectively, the "Parties"), by and through their respective counsel, hereby submit this Joint Notice of Settlement.

The Parties have reached an agreement to settle the above-captioned matter in full and are in the process of finalizing the settlement and filing a dismissal with prejudice.

Dated:  March 18, 2024

Respectfully submitted,

By:  /s/ Mark Leffler
Mark C. Leffler, VSB No. 40712
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA  23601
Telephone:  (757) 930-3660
Facsimile:  (757) 930-3662
Email:  mark@clalegal.com
*Counsel for Plaintiff*

/s/ *John W. Montgomery*
John W. Montgomery, Jr.
Traylor Montgomery & Elliott, PC
130 E Wythe Street
Petersburg, VA 23803
Email:  jmontgomery@tmande.com
*Counsel for Equifax Information*
*Services, LLC*