IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **MARTHA M. KELLEY,**<br><br>        Plaintiff,<br><br>vs.<br><br>**DOVENMUEHLE MORTGAGE, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES LLC,**<br><br>        Defendants. | Case Number: 3:23-CV-00740 |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, MARTHA M. KELLEY ("Plaintiff") and Defendant, TRANS UNION, LLC ("Trans Union") *only,* and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Trans Union, in the above styled action, with Plaintiff and Trans Union to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 1st day of April, 2024.

DATED: April 1, 2024

By: */s/ Mark Leffler*
Mark C. Leffler, VSB No. 40712
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: mark@clalegal.com
*Counsel for Plaintiff*

By: */s/ Marc Kirkland*
Marc Kirkland
Quilling Selander Lownds Winslett Moser
6900 N. Dallas Pkwy
Suite 800
Plano, TX 75024
214-560-5454
Fax: 214-871-2111
Email: mkirkland@qslwm.com
*Counsel for Defendant, Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2024, I presented the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Mark L. Leffler
Mark C. Leffler

*Counsel for Plaintiff*