IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARTHA M. KELLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>DOVENMUEHLE MORTGAGE, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendants. | Case Number: 3:23-CV-00740 |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, MARTHA M. KELLEY ("Plaintiff") and Defendant, EQUIFAX INFORMATION SERVICES, LLC ("Equifax") *only,* and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Equifax, in the above styled action, with Plaintiff and Equifax to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 1st day of April, 2024.

DATED: April 1, 2024

          By: */s/ Mark Leffler*
          Mark C. Leffler, VSB No. 40712
          CONSUMER LITIGATION ASSOCIATES, P.C.
          763 J. Clyde Morris Blvd., Suite 1A
          Newport News, VA 23601
          Telephone: (757) 930-3660
          Facsimile: (757) 930-3662
          Email: mark@clalegal.com
            Counsel for Plaintiff

By: */s/John W. Montgomery, Jr.*
John W. Montgomery, Jr.
Traylor Montgomery & Elliott, PC
130 E Wythe Street
Petersburg, VA 23803
Email:  jmontgomery@tmande.com
Counsel for Defendant, Equifax Information Services, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2024, I presented the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Mark L. Leffler*
Mark C. Leffler

*Counsel for Plaintiff*