IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **MARTHA M. KELLEY,**<br><br>                      Plaintiff,<br><br>vs.<br><br>**DOVENMUEHLE MORTGAGE, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC** and **EQUIFAX INFORMATION SERVICES LLC,**<br><br>                      Defendants. | Case Number: 3:23-CV-00740 |

## NOTICE OF SETTLEMENT

Plaintiff MARTHA KELLEY and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. *only* (collectively, the "Parties"), by and through their respective counsel, hereby submit this Joint Notice of Settlement.

The Parties have reached an agreement to settle the above-captioned matter in full and are in the process of finalizing the settlement and filing a dismissal with prejudice.

Dated:  April 26, 2024

                                                                                                      Respectfully submitted,

                                                                                                      By:  /s/ Mark Leffler
                                                                                                      Mark C. Leffler, VSB No. 40712
                                                                                                      **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                                                                                      763 J. Clyde Morris Blvd., Suite 1A
                                                                                                      Newport News, VA  23601
                                                                                                      Telephone:  (757) 930-3660
                                                                                                      Facsimile:  (757) 930-3662
                                                                                                      Email:  mark@clalegal.com
                                                                                                      *Counsel for Plaintiff*

/s/ *David N. Anthony*
David N. Anthony
Troutman Pepper Hamilton Sanders, LLP
Troutman Sanders Bldg.
1001 Haxall Point
Richmond, VA 23219
Email: david.anthony@troutman.com

*Counsel for Experian Information Solutions, Inc.*