# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **MARTHA M. KELLEY,**<br><br>        Plaintiff,<br><br>vs.<br><br>**DOVENMUEHLE MORTGAGE, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES LLC and DEPARTMENT OF COMMERCE FEDERAL CREDIT UNION,**<br><br>        Defendants. | Case Number: 3:23-CV-00740 |

## NOTICE OF SETTLEMENT

Plaintiff MARTHA KELLEY and Defendants DOVENMUEHLE MORTGAGE, INC. and DEPARTMENT OF COMMERCE FEDERAL CREDIT UNION, *only* (collectively, the "Parties"), by and through their respective counsel, hereby submit this Joint Notice of Settlement.

The Parties have reached an agreement to settle the above-captioned matter in full and are in the process of finalizing the settlement and filing a dismissal with prejudice.

Dated: April 26, 2024

                Respectfully submitted,

                By: /s/ Mark Leffler
                Mark C. Leffler, VSB No. 40712
                **CONSUMER LITIGATION ASSOCIATES, P.C.**
                763 J. Clyde Morris Blvd., Suite 1A
                Newport News, VA 23601
                Telephone: (757) 930-3660
                Facsimile: (757) 930-3662
                Email: mark@clalegal.com

*Counsel for Plaintiff*

*/s/ Jeffrey W. Larroca*
Jeffrey W. Larroca
ECKERT SEAMANS CHERIN & MELLOT, LLC
1717 Pennsylvania Ave, NW
Suite 1200
Washington, DC 20006
Email: jlarroca@eckertseamans.com

*Counsel for Department of Commerce Federal Credit Union*

*/s/Bizhan Beiramee*
Bizhan Beiramee, VSB No. 50918
Beiramee Law Group, P.C.
7508 Wisconsin Avenue
Second Floor
Bethesda, MD 20814
Email: bbeiramee@beiramee.com

*Counsel for Dovenmuehle Mortgage, Inc.*