IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **MARTHA M. KELLEY,**<br><br>                  Plaintiff,<br><br>vs.<br><br>**DOVENMUEHLE MORTGAGE, INC., DEPARTMENT OF COMMERCE FEDERAL CREDIT UNION, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES LLC,**<br><br>                  Defendants. | Case Number: 3:23-CV-00740 |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, MARTHA M. KELLEY ("Plaintiff") and Defendants, DOVENMUEHLE MORTGAGE, INC. ("Dovenmuehle") and DEPARTMENT OF COMMERCE FEDERAL CREDIT UNION ("DCFCU"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Dovenmuehle and DCFCU, in the above styled action, with Plaintiff, Dovenmuehle and DCFCU to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 23rd day of May, 2024.

DATED: May 23, 2024

By: */s/ Mark Leffler*
Mark C. Leffler, VSB No. 40712
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: mark@clalegal.com
Counsel for Plaintiff

By: */s/Jeffrey W. Larroca*
Jeffrey W. Larroca
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW, 12th Floor
Washington, D.C. 20006
Telephone: (202) 659-6646
Email: jlarroca@eckertseamans.com
Counsel for Defendant Department of Commerce Federal Credit Union

By: */s/Bizhan Beriamee*
Beiramee Law Group, P.C.
7508 Wisconsin Avenue
Second Floor
Bethesda, MD 20814
301-547-3805
Fax: 703-483-9599
Email: bbeiramee@beiramee.com
Counsel for Dovenmuehle Mortgage, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2024, I presented the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Mark L. Leffler
Mark C. Leffler

*Counsel for Plaintiff*