# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **MARTHA M. KELLEY,** <br><br> Plaintiff, <br><br> vs. <br><br> **DOVENMUEHLE MORTGAGE, INC., DEPARTMENT OF COMMERCE FEDERAL CREDIT UNION, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and EQUIFAX INFORMATION SERVICES LLC,** <br><br> Defendants. | Case Number: 3:23-CV-00740 |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, MARTHA M. KELLEY ("Plaintiff") and Defendant, EXPERIN INFORMATION SOLUTIONS, INC. (Experian")*,* and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Experian in the above styled action, with Plaintiff and Experian to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 28th day of May, 2024.

By: */s/ Mark Leffler*
Mark C. Leffler, VSB No. 40712
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA  23601
Telephone:  (757) 930-3660
Facsimile:  (757) 930-3662
Email:  mark@clalegal.com
Counsel for Plaintiff

By: */s/ David N. Anthony*
David N. Anthony, VSB No. 31696
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutman.com
Counsel for Experian Information Solutions, Inc.